**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN HEART,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | CASE NO. 1:26-CV-00398-AMK<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br> **ORDER** |

Before the Court is the parties' joint stipulation and request for an order to remand this matter to the Commissioner.  (ECF Doc. 12.)  This matter is **REVERSED and REMANDED** for further proceedings, pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  The case is remanded due to agreed deficits in the evaluation of the opinion evidence.  *See Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352 (6th Cir. 2026).  On remand, the Appeals Council shall instruct the Administrative Law Judge to: further consider the Plaintiff's claim; re-evaluate his residual functional capacity; take any further action necessary to complete the administrative record; and issue another decision.

  IT IS SO ORDERED.

Dated: May 29, 2026

      */s/ Amanda M. Knapp*
      AMANDA M. KNAPP
      UNITED STATES MAGISTRATE JUDGE